IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 3, 2007

Charles R. Fulbruge III
Clerk

No. 07-40379
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JESUS SOTELO

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:06-CR-1045-1

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jesus Sotelo raises arguments challenging the constitutionality of 21 U.S.C. §§ 841 and 851 that he concedes are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998). United States v. Mata, 491 F.3d 237, 245 (5th Cir. 2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.